```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 14174
    ROSEMARY D MCKNIGHT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0613


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/03/2008 and was not confirmed.

     The case was dismissed without confirmation 09/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
ACCREDITED HOME LENDERS  CURRENT MORTG        .00             .00            .00
ACCREDITED HOME LENDERS  MORTGAGE ARRE        .00             .00            .00
ALLIANT CREDIT UNION     SECURED VEHIC        .00             .00            .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG        .00             .00            .00
CITY OF CHICAGO HEIGHTS  SECURED          1738.24             .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED             .00            .00
VILLAGE OF FLOSSMOOR     UNSECURED      NOT FILED             .00            .00
CAPITAL ONE              UNSECURED      NOT FILED             .00            .00
CAPITAL ONE              NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE              UNSECURED         104.31             .00            .00
CBCS                     UNSECURED      NOT FILED             .00            .00
LVNV FUNDING/MHC RECEIVA UNSECURED         514.64             .00            .00
CHASE MANHATTAN MORTGAGE NOTICE ONLY    NOT FILED             .00            .00
CIT FIN SERV             NOTICE ONLY    NOT FILED             .00            .00
CIT BANK                 UNSECURED        2481.53             .00            .00
COMED                    UNSECURED        1926.83             .00            .00
COMED                    UNSECURED      NOT FILED             .00            .00
COMED                    UNSECURED      NOT FILED             .00            .00
COMCAST                  UNSECURED      NOT FILED             .00            .00
FIFTH THIRD BANK         UNSECURED      NOT FILED             .00            .00
FIFTH THIRD BANK         UNSECURED      NOT FILED             .00            .00
FIRST REVENUE ASSURANCE  UNSECURED      NOT FILED             .00            .00
HOMEWOOD DISPOSAL SVCS   UNSECURED      NOT FILED             .00            .00
MUNICIPAL COLLECTION SER UNSECURED         325.00             .00            .00
NCC                      UNSECURED      NOT FILED             .00            .00
NICOR GAS                UNSECURED      NOT FILED             .00            .00
TCF NATIONAL BANK        UNSECURED      NOT FILED             .00            .00
SKO BRENNER AMERICAN INC UNSECURED      NOT FILED             .00            .00
STAR A&J DISPOSAL SERVIC UNSECURED      NOT FILED             .00            .00
FRANKIE FRAZEIL          NOTICE ONLY    NOT FILED             .00            .00
JUNE JOHNSON             NOTICE ONLY    NOT FILED             .00            .00
NICK RICHARSON           NOTICE ONLY    NOT FILED             .00            .00
OLGA NEWELL              NOTICE ONLY    NOT FILED             .00            .00
RICHARD HANKERSON        NOTICE ONLY    NOT FILED             .00            .00
ROUNDUP FUNDING LLC      SECURED NOT I    1013.61             .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14174 ROSEMARY D MCKNIGHT
```

```
DYCK O NEAL INC            NOTICE ONLY   NOT FILED                  .00              .00
PHILIP A IGOE              DEBTOR ATTY         .00                                   .00
TOM VAUGHN                 TRUSTEE                                                   .00
DEBTOR REFUND              REFUND                                                    .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                               RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                            ---------------      ---------------
TOTALS                             .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE